## Commonwealth *v.* Whalen, Appellant.

Submitted December 13, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Edward J. Whalen,* appellant, in propria persona.

*Augustine Joseph Rieffel* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 22, 1961:
The order of the Court below dismissing relator's petition is affirmed on the opinion of President Judge ALESSANDRONI, reported in 23 Pa. D. & C. 2d 402.